UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POINTWISE VENTURES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00751-JHC<br><br>**STIPULATION AND ORDER REGARDING REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>July 8, 2024 |

### **STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate and jointly request the Court for an extension of time for Defendant Amazon.com, Inc., ("Defendant" or "Amazon") to respond to Plaintiff Pointwise Ventures, LLC's ("Plaintiff" or "Pointwise") Complaint and respectfully state the following:

Defendant's current deadline to answer or otherwise respond is July 12, 2024.

The Parties hereby stipulate to a 45-day extension of time for the current deadline, to August 26, 2024.

Wherefore, the Parties respectfully request that the Court grant this stipulation and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to August 26, 2024.

STIPULATION AND ORDER REGARDING
EXTENSION OF TIME TO RESPOND TO
COMPLAINT - Page 1
(Case No. 2:24-cv-00751-JHC)

DATED this 8th day of July, 2024.

**MANN LAW GROUP PLLC**

By: *s/ Philip P. Mann (w/permission)*
Philip P. Mann, WSBA #28860
403 Madison Ave. N., Ste. 240
Bainbridge Island, WA 98110
Phone: (206) 436-0900
Email: phil@mannlawgroup.com

**RABICOFF LAW LLC**

Isaac Rabicoff (*pro hac forthcoming*)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
Phone: (773) 669-4590
Email: isaac@rabilaw.com

*Attorneys for Plaintiff Pointwise Ventures LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com

Natalie A. Bennett (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: (202) 739-3000
Email: natalie.bennett@morganlewis.com

Andrew V. Devkar (*pro hac vice*)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Phone: (310) 255-9070
Email: andrew.devkar@morganlewis.com

Calvin M. Brien (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: (202) 739-3000
Email: calvin.brien@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND ORDER REGARDING
EXTENSION OF TIME TO RESPOND TO
COMPLAINT - Page 2
(Case No. 2:24-cv-00751-JHC)

**ORDER**

In accordance with the stipulation by the parties, and good cause having been found, the Court HEREBY ORDERS Defendant Amazon.com, Inc., to answer or otherwise respond to Plaintiff's Complaint by August 26, 2024.

**IT IS SO ORDERED.**

DATED this 8th day of July, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE