UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POINTWISE VENTURES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00751-JHC<br><br>STIPULATION AND ORDER REGARDING REQUEST FOR EXTENSION OF TIME FOR INITIAL SCHEDULING DATES<br><br>NOTE ON MOTION CALENDAR:<br>August 6, 2024 |

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate and jointly request that the Court extend the initial scheduling dates set by its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, Dkt. # 18, and respectfully state the following:

The parties complied with the July 25, 2024 deadline for FRCP 26(f) conference.

The deadline for initial disclosures pursuant to FRCP 26(a)(1) is August 8, 2024.

The combined joint status report and discovery plan are due August 15, 2024.

The Parties hereby stipulate to a 45-day extension of time for these deadlines.

STIPULATION AND ORDER REGARDING
EXTENSION OF TIME FOR INITIAL
SCHEDULING DATES - Page 1
Case No. 2:24-cv-00751-JHC

Wherefore, the Parties respectfully request that the Court grant this stipulation and enter an order adjusting the initial scheduling dates as follows:

| | |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 9/22/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 9/29/2024 |

DATED this 6th day of August, 2024.

| | |
|---|---|
| **MANN LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Philip P. Mann (w/permission)*<br>Philip P. Mann, WSBA #28860<br>403 Madison Ave. N., Ste. 240<br>Bainbridge Island, WA 98110<br>Phone: (206) 436-0900<br>Email: phil@mannlawgroup.com | By: *s/ Molly A. Terwilliger*<br>Molly A. Terwilliger, WSBA #28449<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: molly.terwilliger@morganlewis.com |
| **RABICOFF LAW LLC**<br><br>Isaac Rabicoff (*pro hac vice*)<br>4311 N Ravenswood Ave, Suite 315<br>Chicago, IL 60613<br>Phone: (773) 669-4590<br>Email: isaac@rabilaw.com<br><br>*Attorneys for Plaintiff Pointwise Ventures LLC* | Natalie A. Bennett (*pro hac vice*)<br>Calvin M. Brien (*pro hac vice*)<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Phone: (202) 739-3000<br>Email: natalie.bennett@morganlewis.com<br>       calvin.brien@morganlewis.com<br><br>Andrew V. Devkar (*pro hac vice*)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone: (310) 255-9070<br>Email: andrew.devkar@morganlewis.com<br><br>*Attorneys for Defendant Amazon.com, Inc.* |

# ORDER

In accordance with the stipulation by the parties, and good cause having been found, the Court HEREBY ORDERS that the initial scheduling dates be extended by 45 days. The new deadlines for initial disclosure and submission of the Joint Status Report and Discovery Plan are as follows:

| | |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 9/22/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 9/29/2024 |

**IT IS SO ORDERED.**

DATED this 6th day of August, 2024.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE