UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POINTWISE VENTURES LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-00751-JHC<br><br>STIPULATION OF DISMISSSAL WITH PREJUDICE AND ORDER |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

DATED this 9th day of August, 2024.

| **MANN LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Philip P. Mann*<br>Philip P. Mann, WSBA #28860<br>403 Madison Ave. N., Ste. 240<br>Bainbridge Island, WA 98110<br>Phone: (206) 436-0900<br>Email: phil@mannlawgroup.com | By: *s/ Molly A. Terwilliger*<br>Molly A. Terwilliger, WSBA #28449<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: molly.terwilliger@morganlewis.com |

JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE AND ORDER - Page 1
(Case No. 2:24-cv-00751-JHC)

| | |
|---|---|
| **RABICOFF LAW LLC**<br><br>Isaac Rabicoff (*pro hac vice*)<br>4311 N Ravenswood Ave Suite 315<br>Chicago, IL 60613<br>Phone: (773) 669-4590<br>Email: isaac@rabilaw.com<br><br>*Attorneys for Plaintiff Pointwise Ventures LLC* | Natalie A. Bennett (*pro hac vice*)<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Phone: (202) 739-3000<br>Email: natalie.bennett@morganlewis.com<br><br>Andrew V. Devkar (*pro hac vice*)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Phone: (310) 255-9070<br>Email: andrew.devkar@morganlewis.com<br><br>Calvin M. Brien (*pro hac vice*)<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>Phone: (202) 739-3000<br>Email: calvin.brien@morganlewis.com<br><br>*Attorneys for Defendant Amazon.com, Inc.* |

**ORDER**

In accordance with the stipulation by the parties, and good cause having been found, the Court HEREBY ORDERS that the request to dismiss this matter with prejudice is GRANTED.

**IT IS SO ORDERED.**

DATED this 9th day of August, 2024.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE